UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Tookie Brown, # 120395, | ) | C/A No. 4:12-927-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| John Doe, Transportation Officers of Kirkland; | ) | |
| Jane Doe, Transportation Officers of Kirkland; | ) | |
| Bernard McKie, Warden of Kirkland; | ) | |
| Dr. Moore, FNU, Physicians of Kirkland; | ) | |
| Dr. Bennette, FNU, Physicians of Kirkland; | ) | |
| Jane Doe, Nurse of Kirkland; | ) | |
| Mr. Capers; | ) | |
| Mr. Beckett, and | ) | |
| Mrs. Murphy, in their individual and personal capacities, | ) | |
| | ) | |
| Defendants. | ) | |

_____

     Based on this court's previous order of June 10, 2013, the Clerk's office was directed to promptly send two unsigned blank subpoena forms to the Plaintiff. Plaintiff was instructed to appropriately fill them out and return them to the court for review. Once the subpoena forms were appropriately completed and returned, the Clerk's office would be directed to sign the subpoena form(s) and return to the Plaintiff for service on Williamsburg FCI within thirty (30) days from the date the Clerk's office mailed the signed subpoena(s) to Plaintiff.

     Plaintiff returned a subpoena form to the court. It appears Plaintiff is seeking documents delineated as requests 1-6 in the "Affidavit and Motion for Order to Compel Compliance to Non-Party Subpoena". (See doc. #67, filed January 22, 2013). Therefore, the Clerk's office is directed to sign said subpoena form attaching the 2 pages designated "Affidavit and Motion for Order to

Compel Compliance to Non-Party Subpoena" filed January 22, 2013, (doc. #67) and forward it to Plaintiff for service.

    IT IS SO ORDERED.

                                                 s/Thomas E. Rogers, III
                                                 Thomas E. Rogers, III
                                                 United States Magistrate Judge

August 12, 2013
Florence, South Carolina