UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Tookie Brown, # 120395, | ) | C/A No. 4:12-927-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| John Doe, Transportation Officers of Kirkland; | ) | |
| Jane Doe, Transportation Officers of Kirkland; | ) | |
| Bernard McKie, Warden of Kirkland; | ) | |
| Dr. Moore, FNU, Physicians of Kirkland; | ) | |
| Dr. Bennette, FNU, Physicians of Kirkland; | ) | |
| Jane Doe, Nurse of Kirkland; | ) | |
| Mr. Capers; | ) | |
| Mr. Beckett, and | ) | |
| Mrs. Murphy, in their individual and personal capacities, | ) | |
| | ) | |
| Defendants. | ) | |

_____

   Previously, Plaintiff filed a motion entitled "Motion to Extent [sic] Time Beyond (120) days for serving three Defendants." (Doc. #58). Plaintiff's motion to extend time to complete service (doc. #58) was granted in part and denied in part. Plaintiff listed Nurse Murphy's full name in his motion. Therefore, the office of the Clerk of Court was directed to forward Plaintiff the service form, USM-285, to complete for service of Nurse Murphy. Plaintiff was directed to return this completed form to the court within fifteen (15) days from the date of said order.

   Plaintiff has returned the USM-285 form with the name "Mrs. Kimberly Johnson, Kirkland Reception and Evaluation Center." Plaintiff has ten (10) days from the date of this order to inform the court how Mrs. Kimberly Johnson is relevant to his pending case as she is not listed as a defendant.

   IT IS SO ORDERED.

s/Thomas E. Rogers, III  
Thomas E. Rogers, III  
United States Magistrate Judge

August 12, 2013  
Florence, South Carolina