IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Tookie Brown, *aka* James Brown, | Case No.: 4:12-cv-00927-TLW |
| Plaintiff, | |
| vs. | |
| John Doe, *Transportation Officer of Kirkland*; Jane Doe, *Transportation Officer of Kirkland*; Bernard McKie, *Warden of Kirkland;* Dr. Moore, *fnu*, *Physician of Kirkland;* Dr. Bennette, *fnu, Physician of Kirkland;* Mr. Capers; Mr. Beckett; and Mrs. Murphy; each in his or her individual and personal capacity, | |
| Defendants. | |

## ORDER

On April 3, 2012, the Plaintiff, Tookie Brown, proceeding *pro se*, filed this action alleging violation of his constitutional rights pursuant to 42 U.S.C. § 1983. Doc. #1. This matter now comes before this Court for review of the Report and Recommendation ("Report") filed by Magistrate Judge Thomas E. Rogers, III, to whom this case was previously assigned. Doc. #132. In the Report, the Magistrate Judge recommends that the Court grant: a motion for summary judgment, Doc. #108, and motion to dismiss, Doc. #109, both filed by Defendants Jane Doe (nurse of Kirkland), Bennette, and Moore; and a motion for summary judgment, Doc. #112, filed by Defendants Jane Doe (transportation officer of Kirkland), John Doe (transportation officer of Kirkland), Beckett, Capers, and McKie. Objections to the Report were due by February 2, 2015. No objections were filed.

1

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report.  28 U.S.C. § 636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Report, the Magistrate Judge's analysis of the record, and the law discussed by the Magistrate Judge. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, Doc. #132, is **ACCEPTED.** The motion for summary judgment, Doc. #108, and motion to dismiss, Doc. #109, both filed by Defendants Jane Doe, Bennette, and Moore, is **GRANTED**. The motion for summary judgment by Defendants Jane Doe, John Doe, Beckett, Capers, and McKie, Doc. #112, is also **GRANTED**.

**IT IS SO ORDERED**.

                                                s/Terry L. Wooten
                                            Chief United States District Judge

March 23, 2014
Columbia, South Carolina